No. 01–502. FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY *v.* ZARVELA. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 01–540. CITY OF BOGUE ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 00–1681. WOLFE *v.* UNITED STATES, 533 U. S. 930. Petition for rehearing denied.

### NOVEMBER 6, 2001

No. 01A374. CLARK *v.* LEMASTER, WARDEN. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied.

No. 01A377. FLEMING, AS NEXT FRIEND OF CLARK *v.* LEMASTER, WARDEN, ET AL. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied.

No. 01–7025 (01A376). HIGH *v.* HEAD, WARDEN. Sup. Ct. Ga. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

### NOVEMBER 8, 2001

No. 01–332. BOARD OF EDUCATION OF INDEPENDENT SCHOOL DISTRICT NO. 92 OF POTTAWATOMIE COUNTY ET AL. *v.* EARLS ET AL. C. A. 10th Cir. Certiorari granted.